IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Western Surety Company, ) | |
| ) | C/A No. 9:09-547-MBS |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **O R D E R** |
| Raulston L. Travis, Alice M. Travis, and ) | |
| Travis Design Associates, P.C., ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Plaintiff Western Surety Company came before the court on August 31, 2009, for a hearing on its motion for default as to Defendant Travis Design Associates, P.C. The motion was granted and the court entered an order granting default judgment on September 3, 2009 (Entry 20). The court having been informed that the two individual Defendants, Raulston L. Travis and Alice M. Travis, have filed for protection under the Bankruptcy Code, the court issued an order on September 3, 2009, staying the case as to these individuals. See Entry 22 (Order Staying Case).

On September 4, 2009, judgment inadvertently was entered by the Clerk of Court. Judgment will be entered in this matter upon the conclusion of the case as to the individual Defendants, Raulston L. Travis and Alice M. Travis. Accordingly, the judgment entered September 4, 2009 (Entry 21) is **vacated**.

**IT IS SO ORDERED**.

/s/ Margaret B. Seymour
United States District Court

Columbia, South Carolina

October 21, 2009.