.O 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Western Surety Company, | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   9:09-547-MBS |
| Travis Design Associates PC, | ) | |
| *Defendant* | ) | |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff  Western Surety Company,  recover from the defendant  Travis Design Associates PC,  the sum of Two Hundred Twenty-Eight Thousand, Eight Hundred Twenty-Seven and 42/100  ($ 228,827.42 ) Dollars plus post-judgment interest at the rate of  .17  %.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other:

This action was *(check one)*:

❏ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❏ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge the Honorable Margaret B. Seymour, United States District Judge presiding. The court having granted the plaintiff's motion for default judgment.

Date:   February 22, 2012                                         *CLERK OF COURT*

                                                                    s/Angie Snipes

                                                                    *Signature of Clerk or Deputy Clerk*