# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Western Surety Company, <br> *Plaintiff* <br> v. <br> Travis Design Associates PC, <br> *Defendant* | ) <br> ) <br> ) Civil Action No. 9:09-547-MBS <br> ) <br> ) |

## DEFAULT JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

■ the plaintiff  Western Surety Company,  recover from the defendant  Travis Design Associates PC,  the sum of Two Hundred Twenty-Eight Thousand, Eight Hundred Twenty-Seven and 42/100  ($ 228,827.42 ) Dollars plus post-judgment interest at the rate of  .17 %.

❒ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

❒ other:


This action was *(check one)*:

❒ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❒ tried by Judge _____ without a jury and the above decision was reached.

■ decided by Judge the Honorable Margaret B. Seymour, United States District Judge presiding.  The court having granted the plaintiff's motion for default judgment.


Date:   February 22, 2012                                                    *CLERK OF COURT*

                                                                                           s/Angie Snipes
                                                                           _____
                                                                           *Signature of Clerk or Deputy Clerk*